170 A.3d 952

STATE OF NEW JERSEY, PETITIONER-RESPONDENT,
v. NEW JERSEY LAW ENFORCEMENT SUPERVISORS
ASSOCIATION, RESPONDENT-PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004723–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.